```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GEULA NACHMENSON,                               :
                                                :
                Plaintiff,                      :
                                                :   ORDER
        v.                                      :   21-CV-1261 (WFK)(LB)
                                                :
NEW YORK CITY HUMAN RESOURCES                   :
ADMINISTRATION, Bushwick Job Center,            :
                                                :
                Defendant.                      :
------------------------------------------------------------------x
```
**WILLIAM F. KUNTZ, II, United States District Judge:**

Geula Nachmenson ("Plaintiff") filed the instant pro se action against the New York City Department of Human Resources Administration on March 11, 2021. ECF No. 1. By Memorandum and Order dated March 25, 2021 and entered March 29, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* for the limited purpose of that Order, dismissed the Complaint, and gave Plaintiff leave to file an amended complaint within 30 days. ECF No. 4. More than 30 days have passed, and Plaintiff has not filed an amended complaint. Accordingly, the action is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court is directed to enter judgment, close this case, and send a copy of this Order to Plaintiff.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is DENIED for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 12, 2021
      Brooklyn, New York